# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2020

### NO. 03-20-00427-CV

**Jennifer Fleck, Appellant**

**v.**

**Justin Berry, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on August 24, 2020. Having reviewed the record, the Court holds that Jennifer Fleck has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.